| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Leslie T. Gladstone, Esq., (144615)<br>Christin A. Batt, Esq., (222584)<br>Financial Law Group<br>5785 La Jolla Blvd., Ste. A<br>La Jolla, California 92037<br>Telephone No.: (858) 454-9887<br>Fax No.: (858) 454-9596<br>*Attorney for* C.R. Barclay, Chapter 7 Trustee | FILED OCT 9 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: Deputy Clerk<br><br>ENTERED OCT 16 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: KEVIN PATRICK CONLIN,

LODGED OCT 07 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

Debtor.

C.R. BARCLAY, CHAPTER 7 TRUSTEE

Plaintiff(s),

vs.

BERNICE GLENDORA HARRIS, AN INDIVIDUAL,

Defendant(s).

CHAPTER 7

CASE NUMBER 6:08-BK-18392-MJ

ADVERSARY NUMBER 6:09-AP-01411-MJ

DATE: 11/5/09
TIME: 11:00 a.m.
COURTROOM: 302

## DEFAULT JUDGMENT
## (WITHOUT PRIOR JUDGMENT)

Based on the Defendant's failure to respond to the Complaint, the Court renders its judgment, as follows:

1. Judgment shall be entered in favor of Plaintiff *(specify name)*: C.R. BARCLAY, CHAPTER 7 TRUSTEE
   and against Defendant *(specify name)*: BERNICE GLENDORA HARRIS

2. a. ☐ Plaintiff is awarded damages in the following amount:   $
   b. ☒ Plaintiff is awarded costs in the following amount:   $ 250.00
   c. ☐ Plaintiff is awarded attorney fees in the following amount:   $
   d. ☐ Plaintiff is awarded interest at the rate of _____% per year from the following date to the date of entry of this Judgment *(Specify date from which interest shall begin to run)*:
   e. ☒ Plaintiff is granted the following relief *(specify)*:   ☒ See Attached Page

3. ☐ This Judgment or claim is determined to be non-dischargeable under:   ☐ Bankruptcy Code § 523(a) _____
                                                                              ☐ Other *(specify)*:

4. ☐ The Court further adjudges as follows:   ☐ See Attached Page

Dated: 10-9-09

*[signature]*
JUDGE OF THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised November 1999

**ORIGINAL**

F 9021-1.4

ATTACHMENT TO DEFAULT JUDGMENT (WITHOUT PRIOR JUDGMENT) FORM 9021-1.4

IN RE:    BARCLAY V. BERNICE GLENDORA HARRIS
         ADVERSARY NUMBER: 6:09-AP-01411-MJ

Plaintiff is granted the following relief :

The transfer made to Defendant is avoided as a fraudulent transfer pursuant to 11 U.S.C. Section 548. The transfer to Defendant is avoided as an insider preference pursuant to 11 U.S.C. Section 547.

The Trustee is entitled to a judgment of at least $28,000.00, with interest at the legal rate per annum from June 18, 2008, to the date of judgment. For attorneys' fees and costs associated with this adversary proceeding, and all collection costs thereafter if successful. For such other relief as the Court deems necessary and proper.

## PROOF OF SERVICE

I, Candi Collins, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Financial Law Group, 5785 La Jolla Blvd., Ste. A, La Jolla, California 92037. On October 6, 2009, I served the within document(s):

**DEFAULT JUDGMENT (WITHOUT PRIOR JUDGMENT)**

___ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

_X_ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at La Jolla, California addressed as set forth below.

___ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

___ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

___ I caused such envelope to be delivered via overnight delivery addressed as indicated on the attached service list. Such envelope was deposited for delivery by _____ following the firm's ordinary business practices.

See Attached Service List

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed in La Jolla, California on October 6, 2009.

*Candi Collins*
Candi Collins

---

1
PROOF OF SERVICE RE: DEFAULT JUDGMENT (WITHOUT PRIOR JUDGMENT)


## SERVICE LIST RE DEFAULT JUDGMENT (WITHOUT PRIOR JUDGMENT)

**Defendant**
Bernice Harris
30092 Carmel Road
Sun City, CA  92586
*VIA FIRST CLASS MAIL*

**Chapter 7 Trustee**
C.R. Barclay
LECG
600 Anton Boulevard, Suite 1350
Costa Mesa, California 92626
*VIA FIRST CLASS MAIL*

**United States Trustee**
Office of the United States Trustee
3685 Main Street, Suite 300
Riverside, CA 92501
*VIA FIRST CLASS MAIL*

**NOTE TO USERS OF THIS FORM:**

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED DEFAULT JUDGMENT AND SERVICE LIST**

Notice is given by the court that judgment or order **entitled DEFAULT JUDGMENT (WITHOUT PRIOR JUDGMENT)**, was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

I.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**-Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

_____ Service information continued on attached page

II.   **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**: A copy of this notice and true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

{X} Service information continued on attached page

III.   **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

_____ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

_____     _____
(Type or print name)                                                              (Signature)

3
PROOF OF SERVICE RE: DEFAULT JUDGMENT (WITHOUT PRIOR JUDGMENT)

SERVICE LIST FOR DEFAULT JUDGMENT (WITHOUT PRIOR JUDGMENT)

**Defendant**
Bernice Harris
30092 Carmel Road
Sun City, CA 92586
*VIA FIRST CLASS MAIL*

**Chapter 7 Trustee**
C.R. Barclay
LECG
600 Anton Boulevard, Ste. 1350
Costa Mesa, California 92626
*VIA FIRST CLASS MAIL*

**Attorneys for Chapter 7 Trustee**
Leslie T, Gladstone, Esq.,,
Christin A. Batt, Esq.,
Financial Law Group
5785 La Jolla Blvd., Ste. A
La Jolla, CA 92037
*VIA FIRST CLASS MAIL*

**United States Trustee**
Office of the United States Trustee
3685 Main Street, Ste. 300
Riverside, CA 92501
*VIA FIRST CLASS MAIL*

---

4
PROOF OF SERVICE RE: DEFAULT JUDGMENT (WITHOUT PRIOR JUDGMENT)